1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  MARK L. KROTOSKI (CSBN 138549)
   Assistant United States Attorney
5
     150 Almaden Avenue, Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5035
7    FAX: (408) 535-5081

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12
                                                    *E-FILED - 4/13/06*
13

14 UNITED STATES OF AMERICA,           )   No.    CR 05-00709 RMW
                                       )
15         Plaintiff,                  )
                                       )
16      v.                             )   STIPULATION REQUESTING
                                       )   CONTINUANCE OF SENTENCING
17 MARK G. CARTER, II,                 )   HEARING AND ORDER
       aka. "Burner," aka daburn, aka daburne, )
18     aka burnewrk, aka burns, aka goose, )
                                       )
19         Defendant.                  )
                                       )
20 ─────────────────────────────────── )
   UNITED STATES OF AMERICA,           )
21                                     )
           Plaintiff,                  )   No.    CR 05-00746 RMW
22                                     )
        v.                             )   (D. Conn. No. 05-cr-00282-EBB)
23                                     )
   MARK G. CARTER, II,                 )
24     aka. "Burner,"                  )
                                       )
25 ___ Defendant.                      )
                                       )
26 ─────────────────────────────────── )

27    It is hereby stipulated and agreed between defendant March G. Carter, II, by and through his

28 counsel of record, John Tyre and Anthony Robusto, Esq., and the United States, by and through

STIPULATION REQUESTING CONTINUANCE OF SENTENCING HEARING AND ORDER
CR 05-00709-RMW/CR 05-00746-RMW

1  Assistant United States Attorney Mark L. Krotoski, as follows:

2     1. This matter is presently set for a sentencing hearing on May 8, 2006 at 9:00 a.m.

3     2. The Probation Officer has requested further time to address sentencing issues and to

4  complete the Presentence Report.

5     3. The parties do not oppose this request for further time to prepare the Presentence Report.

6     For the foregoing reasons, and that the ends of justice are served by continuing this case, the

7  parties stipulate and request to a continuance of the sentencing hearing from May 8, 2006 at 9:00

8  a.m. to June 12, 2006 at 9:00 a.m., or the next available date.

9     IT IS SO STIPULATED.

10 Dated: April 11, 2006                                  KEVIN V. RYAN
                                                      United States Attorney

12                                                        /s/

13                                                        MARK L. KROTOSKI
                                                       Assistant United States Attorney

14 Dated: April 10, 2006

15                                                        /s/

16                                                        JOHN TYRE
                                                       ANTHONY ROBUSTO

17                                                        Attorney for Defendant

18    IT IS SO ORDERED.

19    Upon good cause shown, the sentencing hearing is continued from from May 8, 2006 at 9:00

20 a.m. to June 12, 2006 at 9:00 a.m.

21 Dated: April 13, 2006

22                                                      /S/ RONALD M. WHYTE
                                                     RONALD M. WHYTE

23                                                      United States District Judge

1. Distribute To:
2. John D. Tyre
   Anthony Robusto
3. 5200 North Irwindale Avenue
   Suite 170
4. Irwindale, CA 91706
   FAX (626) 337-3593
5.
   Mark L. Krotoski
6. AUSA
   150 Almaden Boulevard, Suite 900
7. San Jose, CA 95113
8. Benjamin Flores
   U.S. Probation Officer
9. United States Probation Office
   Northern District of California
10. 280 South First Street
    San Jose, CA 95113
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.