UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/3/06*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK G. CARTER, II,<br>  aka "Burner," aka daburn, aka daburne,<br>  aka burnewrk, aka burns, aka goose,<br><br>    Defendant. | Case No.  CR 05-00709 RMW<br><br>**FINAL ORDER OF FORFEITURE** |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARK G. CARTER, II,<br>  aka "Burner,"<br><br>    Defendant. | Case No.  CR 05-00746 RMW<br><br>(D. Conn. No. 05-cr-00282-EBB) |

On April 13, 2006, the Court entered a Preliminary Order of Forfeiture forfeiting the defendant's right, title and interest in the following:

   1.  Maxtor Hard Drive, One Touch, Serial Number Y314SWMW;

   2.  Numerous CD's Containing Music and Software

1 | The United States represents that it has complied with the publication and notice
2 | requirements of the Preliminary Order and that no petitions have been filed.
3 |     THEREFORE, it is ordered that the above-described property shall be forfeited to the United
4 | States, pursuant to Title 17, United States Code, Sections 506(b) and 509(a).  All right, title and
5 | interest in said property is vested in the United States of America.  The appropriate federal agency
6 | shall dispose of the forfeited property according to law.
7 |     IT IS SO ORDERED this ___3___ day of __August__. 2006.

                      /s/ Ronald M. Whyte
                      RONALD M. WHYTE
                      United States District Judge